AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of California

**FILED**

JAN 1 2 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>https://www.facebook.com/0503.WppW.0503 at<br>Facebook, Inc., 1601 Willow Rd., Menlo Park, CA | )<br>)<br>)<br>)<br>)<br>) |

Case No.

**'17 MJ0095**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A

located in the ___ **NORTHERN** ___ District of ___ **CALIFORNIA** ___ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 115, 842, 922 | threatening federal officer, importing/selling firearms and explosives |

The application is based on these facts:
See attached AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Christopher Baldwin, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _**1-12-17**_

_____
*Judge's signature*

City and state:  San Diego, California

HON. Nita L. Stormes, US MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Christopher Baldwin, being first duly sworn, hereby state as follows:

1.     I have been employed as a Special Agent with Homeland Security Investigations (HSI) since April, 2016.  Before joining HSI, I was a Border Patrol agent for over 13 years.

2.     As a part of my current duties, I investigate violations of federal criminal law, including violations of 18 U.S.C. § 115(a)(1)(B) (influencing, impeding or retaliating against a federal officer); 18 U.S.C. § 842(a)(1) (importing or dealing in explosive materials); 18 U.S.C. § 922(a)(1)(A) (importing or selling firearms).

3.     I make this affidavit in support of an application for a secondary search warrant in furtherance of the original search warrant signed on December 29, 2016.  Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known concerning this investigation.

4.     On December 29, 2016, I submitted an application, affidavit, and warrant to U.S. Magistrate Judge Jan M. Adler to search suspect Curtis Ellis' Facebook account. *See* Exh. 1.

5.     Magistrate Judge Adler signed the warrant, and we attempted to execute it that same day.  On January 3, 2017, Facebook responded that it could not execute the warrant as the Court had mistakenly signed the date as "12/29/17." *See* Exh. 2.

6.     I incorporate by reference the probable cause and prior affidavit attached as Exhibit 1, in its entirety, including its statement of probable cause and

search methodology.   I am asking this Court to sign the warrant based on the same

probable cause, so that it can be properly served on Facebook and executed.

Christopher Baldwin, HSI Special Agent

Subscribed and sworn to before me
this _____ /2 _____ day of January 2017.

Nita L. Stormes
United States Magistrate Judge

2

# EXHIBIT 1

AO 93 (Rev. 12/09) Search and Seizure Warrant

**NOT FOR PUBLIC VIEW**

# UNITED STATES DISTRICT COURT

*Ellis*

for the

Southern District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. |
| | ) | |
| https://www.facebook.com/0503.WppW.0503 at | ) | |
| Facebook, Inc., 1601 Willow Rd., Menlo Park, CA | ) | **'16 MJ 3952** |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      January ~~11~~ *12.* 2017
                                                                                              *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.       ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Jan M. Adler
                        *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for ___30___ days *(not to exceed 30)*.
                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   *12/29/17 @ 10:04am*                          *[signature] Jan M. Adler*
                                                                                              *Judge's signature*

City and state:   San Diego, CA                                    HONORABLE Jan M. Adler
                                                                                  *Printed name and title*

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

**FILED**

DEC 29 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>https://www.facebook.com/0503.WppW.0503 at<br>Facebook, Inc., 1601 Willow Rd., Menlo Park, CA | )<br>)<br>)   Case No.<br>)<br>)<br>) |

**'16 MJ 3952**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the ___**NORTHERN**___ District of ___**CALIFORNIA**___ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 115, 842, 922 | threatening federal officer, importing/selling firearms and explosives |

The application is based on these facts:
See attached AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Christopher Baldwin, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/29/16__

_____
*Judge's signature*

City and state:  San Diego, California

HON. Jan M. Adler, US MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# AFFIDAVIT

I, Chris Baldwin, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.     I make this affidavit in support of an application for a search warrant for information associated with two Facebook accounts ("target accounts") that are stored at premises owned, maintained, controlled, or operated by Facebook, Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The target accounts are for "Curtis Lee Ellis" (Target Account 1), and "Curtis Ellis" (Target Account 2).[1] They all picture the same individual (who appears to be ELLIS) with the same biographical information (which matches ELLIS' biographical information), and have photographs of the person who appears to be ELLIS in some of the same locations.  In fact, some of the pictures on the Target Accounts are taken inside the house, which law enforcement identified as ELLIS' house and searched pursuant to a warrant on December 7, 2016.

2.     This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the target accounts, as described more fully in Attachment A, from January 1, 2014, to the present, for items that constitute evidence, fruits, and instrumentalities of violations of federal criminal law, namely, Title 18, United States Code, Sections 115(a)(1)(B) (influencing, impeding or retaliating against a federal official), 842(a)(1) (importing or dealing in explosive materials) and 922(a)(1)(A) (importing and selling firearms, as described more fully in Attachment B.

3.     The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of civilians; my review of documents and computer records related to this investigation; communications with others who have personal

---

[1]     It appears ELLIS maintains another "Curtis Ellis" Facebook account with Facebook account URL: https://www.facebook.com/curtis.ellis.9066 and User ID "Curtis Ellis".  That account has very limited public interface, though ELLIS does tag this second Curtis Ellis Facebook account in his other two Facebook accounts. At this juncture, I am not seeking a search warrant for this third account, but I may do so if I develop additional information on this third account.

*Affidavit for Ellis Facebook*
*Search Warrant*                    1

knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 115(a)(1)(B) (influencing, impeding or retaliating against a federal official), 842 (importing or dealing in explosive materials) and 922(a)(1)(A) (importing and selling firearms) may have been committed by **Curtis Lee ELLIS**, and potentially other persons known and unknown to the investigation. There is also probable cause to search the target account described in Attachment A for evidence of these crimes, as described in Attachment B.

## AGENT BACKGROUND

5.     I am a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed since April 2016. I am a graduate of the Criminal Investigator Training Program and HSI Special Agent Training Program at the Federal Law Enforcement Training Center.

6.     My current assignment is to a contraband smuggling group in San Diego, California that focuses on criminal violations including contraband smuggling through the Ports of Entry. My experience in a contraband smuggling group includes conducting investigations related to the illegal importation and trafficking of contraband.

7.     Prior to being employed by HSI as a Special Agent, I was employed by the United States Border Patrol (USBP) as an Agent for 13 years, and am a graduate of the Border Patrol Academy. While employed as a Border Patrol Agent, I worked in various capacities including patrol, intelligence, and investigations. I investigated multiple Transnational Criminal Organizations (TCOs) and their violations of federal laws pertaining to human smuggling, narcotics trafficking, weapons violations, and money smuggling. I also received training in interviewing, interrogation and surveillance techniques. As a Border Patrol Agent I have conducted investigations of criminal violations relating to the smuggling and transportation of humans, contraband, and controlled substances. I have participated in the arrests of many people for violations of multiple federal laws, including human smuggling, money smuggling, and

*Affidavit for Ellis Facebook*
*Search Warrant*                         2

controlled substance violations.  I have performed and witnessed interviews with the arrested persons and with their associates.

8.     While employed as a Border Patrol Agent, I also served as a Task Force Officer (TFO) with the US Marshals Service (USMS) San Diego Regional Fugitive Task Force where I was cross-designated as a California State Peace Officer. As a TFO, I performed investigations into violations of state crimes in conjunction with my primary focus on locating fugitives from justice.

9.     I know based upon my training and experience and that of other law enforcement investigators that individuals involved in the possession, smuggling and sale of contraband (such as guns) use social media to advertise the contraband and otherwise communicate with co-conspirators and potential buyers.

## PROBABLE CAUSE

10.     On December 6, 2016, at about 8:27 A.M., Curtis Lee ELLIS drove a blue 2010 BMW 528i bearing California License Plate #6LGG007 in a SENTRI lane, seeking entry into the United States from Mexico at the San Ysidro Port of Entry.  Also in the vehicle was a passenger, Kseniya Michelle Stubblefield.  The car was referred for additional inspection in the secondary lot, because neither ELLIS nor Stubblefield had the required SENTRI pass.

11.     In secondary, Customs and Border Protection Agriculture Specialists (CBPAS) were conducting a lot sweep, made contact with ELLIS and obtained a negative declaration. CBPAS noticed the smell of marijuana.  CBPAS conducted an inspection of the BMW and discovered an AR-15 style rifle, 2 loaded AR-15 magazines, a mason jar filled with marijuana and a cylindrical item that looked like an improvised explosive device (IED) in the trunk of the BMW.

12.     The vehicle was moved to a secure location and a multi-agency bomb team responded.  The team analyzed the cylindrical item and determined that it was a firework, not an IED. According to explosive experts from United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) who came to examine and dispose of the device, it was a commercial grade explosive used in the production of large firework shows. It is illegal to possess such a firework under federal law without the necessary license issued by the ATF.  ELLIS did not possess such a license.

*Affidavit for Ellis Facebook*
*Search Warrant*                                        3

13.     In secondary, CBP officers conducted further inspection of the BMW and removed an AR-15 style rifle, 30 rounds of 5.56 ammunition, (2) 30-round magazines, at least one .22 caliber ammo casing, 1.3 grams of Methamphetamine, 72.60 grams of Marijuana, 2 Ecstasy pills, 2 Oxycodone pills, 1.5 tablets of LSD, and 2 knives from the car.

14.     CBP Officer C. Nazareno and I interviewed ELLIS, after he waived his *Miranda* rights. ELLIS admitted to possessing the rifle for the purpose of selling it near a gas station in Del Mar. ELLIS stated the rifle belonged to his deceased roommate. ELLIS stated that Stubblefield and her boyfriend made the arrangements to sell the rifle and were going to split the proceeds between Stubblefield, ELLIS and Stubblefield's boyfriend. ELLIS claimed they were returning to Lakeside, California and they made a wrong turn into Mexico. ELLIS admitted to being a convicted felon in possession of a firearm.

15.     It appears that ELLIS has four felony convictions and one recent arrest. He has two prior felony convictions for threats with intent to terrorize from 2000 and 2003, one felony conviction for possession of a controlled substance and one felony conviction for possession of ammunition, both from 2003. ELLIS was arrested by the San Diego County Sheriff's Department (SDSO) two days before this event, on December 4, 2016, and again charged with felony threats with intent to terrorize. Deputy Sheriffs recovered a gun related to the December 4th event. ELLIS is also under multiple restraining orders, which further barred him from possessing of a firearm.

16.     A cell phone was found on ELLIS, and ELLIS admitted that the phone belonged to him. A CBP Officer searched ELLIS's cell phone and found a text dated November 21, 2016, where the user of the phone found on ELLIS is texting a contact named "Ryan Cool". The message stated; "I got some other peeps rolling and posting gonna lock down the block I got two ARs plenty of armor and two nades I'm gonna rig the door when you leave so make sure you get at me before you come strolling in just saying no ducking Indian gonna make my pad a place to try and punk whiteboys in lksd or eastcounty period .. this any over".

17.     Found in the trunk of the BMW in a bag was a notebook with handwritten notes concerning "Death," shootings, explosions and building bombs. Also found in the truck of the vehicle was a U.S. Army shooting medal, which had been altered to look like an Iron Cross, commonly associated with the Neo-Nazi/white supremacy movement.

18.     As part of this investigation, the Federal Bureau of Investigation (FBI) provided law enforcement with a report from December 2015.  The reporting party emailed the FBI regarding ELLIS's anti-government posts and expressed concern about the threats that he was making against law enforcement on social media, specifically, that ELLIS was threatening to kill law enforcement officers for infringing upon his right to bear arms under the Second Amendment to the United States Constitution.

19.     On December 6, 2016, a law enforcement officer pulled up the publicly-available Facebook page for "Curtis Lee Ellis" (Target Account 1).  ELLIS is pictured with his correct biographical information.  On Target Account 1 are several indications of ELLIS' ties to anti-government entities, including an August 12, 2016, post of a person who appears to be ELLIS with an "S.S." poster in the background, a photograph of the cover of a magazine entitled, "Living Marxism" with the lead article concerning "White Niggers," also posted August 12, 2016, and a post which depicted the cover of a novel titled "The Winterhaven Solution," a novel about one man's desire to resurrect a Nazi regime.  The cover of the novel includes a prominent image of a Nazi swastika, a symbol of white supremacy promulgated by Germany and Adolf Hitler during World War II and associated with white supremacist groups in the United States. The S.S. symbol is known to law enforcement as a symbol of white supremacist and anti-government organizations in the United States. The same S.S. symbol wall-hanging was found in ELLIS's home during a search warrant executed on December 7, 2016.  That same wall-hanging is depicted in photographs on Target Account 2.  "Living Marxism" was a British magazine, originally launched in 1988 as the journal of the British Revolutionary Communist Party (RCP).

20.     Local San Diego Sheriff's detectives were also investigating ELLIS for selling a stolen firearm.  On September 8, 2016, a deputy located a Facebook account for "Curtis Ellis." (Target Account 2).  ELLIS is again pictured, along with the same biographical information.  A Sheriff's deputy took several screen shots from the account, which showed ELLIS' face with several posts containing Peckerwood Outlaw Motorcycle gang logos and "Support your local white boy" white supremacist images.  ELLIS also posted a photo of a Hells Angels rally entitled "Hells Angels MC SO CAL" on August 30, 2016, on Target Account 2.  The Peckerwood Outlaw Motorcycle gang is a white supremacist motorcycle gang.

21.     On May 22, 2016, ELLIS "checked-in" through Target Account 2 to a place called "Woodpile World Headquarters" and "tagged" himself as being there with another

*Affidavit for Ellis Facebook*
*Search Warrant*                                    5

apparent gang member, Robert Scott Ulery. "Woodpile" is a reference to the Peckerwoods prison, street, and motorcycle gang, which ELLIS was affiliated with during his time in California state prison for previous convictions related to firearms, narcotics, and criminal threats. He makes numerous references on his Facebook posts to "Woods", "Wood up", being a "Wood", and other uses of the word "wood" that indicate Peckerwood affiliation. The Peckerwoods express anti-law enforcement and anti-government ideologies. Their motto is "We are everything you think we are" bordered by two hands with outstretched middle fingers. Target Account 2 is identified by the user ID *0503.WppW.0503*. "WppW" is an abbreviation for the gang slang term "Woodpecker peckerWood", the capitalization of the letter W in Wood is significant to the Peckerwood gang. "0503" denotes the letters E and C, or the initials of the area of San Diego County referred to colloquially as "East County." East County is regionally understood to encompass the cities of El Cajon, Lakeside, Santee, and Ramona, and is the area which the Peckerwoods claim as their territory.

22.     Robert Scott Ulery (Scott Ulery on Facebook), the friend whom ELLIS tagged in his May 22 post, also appears to identify with a gang. Ulery displays a profile picture on his Facebook account, which reads, "DAGO MOB" and "SUPPORT YOUR LOCAL 81," both of which refer to the San Diego chapter of the Hell's Angels Outlaw Motorcycle Gang. The Peckerwoods are known by law enforcement to align with the Hell's Angels. Ulery was arrested in Oregon in February 2016 for probation violations. At that time, he was found to be in possession of a grenade.

23.     Based on my experience, criminals use multiple means of communication when furthering criminal activities and communicating with potential co-conspirators. This includes cell phones, text messaging, email, and social media. The messaging function of Facebook functions almost identically to an email account in that it delivers messages between Facebook subscribers in a private manner and allows for long-term storage of those messages. It also provides the added security of being attached directly to the subscriber's account, so a sender will know that they are sending the message to the person that they have identified as the desired recipient because they have vetted that person's Facebook account and verified that it belongs to them.

24.     Given the FBI tip regarding ELLIS' threats against law enforcement in December 2015, ELLIS's apparent friendship with Scott Ulery, who was arrested in possession of a grenade

*Affidavit for Ellis Facebook*
*Search Warrant*                                    6

in February 2016, ELLIS' ongoing affiliation with the Peckerwood Gang, his November 21, 2016, text message regarding his possession of multiple "nades" or grenades, the SDSO's open investigation concerning ELLIS' gun sales, ELLIS' arrest for threats involving a gun on December 4, 2016, and his arrest on December 6, 2016, in a car loaded with an AR-15 style rifle, 2 loaded AR-15 magazines, and a cylindrical item that looked like an improvised explosive device (IED), and his admission that he was coordinating with others to sell the AR-15, there is probable cause to believe that ELLIS was using his Facebook accounts to broker sales of illegally possessed items and communicate threats to law enforcement.

## **FACEBOOK**

25.     Facebook is an Internet company which, among other things, provides electronic communication services to its subscribers.

26.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

27.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a target account identification number to each account.

28.     At the creation of a Facebook account and for each subsequent access to the account, Facebook logs the Internet Protocol (IP) address of the computer accessing the account. An IP address is a unique address through which a computer connects to the Internet. IP addresses are leased to businesses and individuals by Internet Service Providers (ISPs). Obtaining the IP addresses that have accessed a particular Facebook account often identifies the ISP that owns and has leased that address to its customer.  Subscriber information for that customer then can be obtained using appropriate legal process.

29.     Subscribers to Facebook use screen names during communications with others. The screen names may or may not identify the real name of the person using a particular screen name. Although Facebook requires users to subscribe for a free Facebook account, Facebook does not verify the information provided by the subscriber for its free services. Facebook's electronic mail/communication service allows subscribers to communicate and share with other subscribers and with others through the Internet.  Facebook subscribers access Facebook's services through the Internet.

30.     Facebook subscribers may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A subscriber can also connect directly with individual subscribers by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "friends" for purposes of Facebook and can exchange communications or view information about each other.  Each subscriber's account includes a list of that subscriber's "Friends" and a "News Feed," which highlights information about the subscriber's "Friends," such as profile changes, upcoming events, and birthdays.

31.     Facebook subscribers can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a subscriber can make information available only to himself or herself, to particular subscribers, or to anyone with access to the Internet, including people who are not Facebook subscribers.  A Facebook subscriber can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

32.     A Facebook subscriber can create profiles that include photographs, lists of personal interests, and other information. Facebook subscribers can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook subscribers can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.  In addition, Facebook subscribers can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at

particular dates and times. A particular subscriber's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the subscriber's profile.

33.     Facebook allows subscribers to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook subscribers in a photo or video. When a subscriber is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a subscriber's account will include all photos and videos uploaded by that subscriber that have not been deleted, as well as all photos and videos uploaded by any subscriber that have that subscriber tagged in them.

34.     Facebook subscribers can exchange private messages on Facebook with other subscribers. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook subscribers can also post comments on the Facebook profiles of other subscribers or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a "Chat" feature that allows subscribers to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a "Video Calling" feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

35.     Facebook has a search function that enables subscribers to search Facebook for keywords, usernames, or pages, among other things.

36.     Each Facebook account has an activity log, which is a list of the subscriber's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the subscriber has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the subscriber but cannot be viewed by people who visit the subscriber's Facebook page.

37.     Facebook also has a "Marketplace" feature, which allows subscribers to post free classified ads. Subscriber can post items for sale, housing, jobs, and other items on the Marketplace.

*Affidavit for Ellis Facebook*
*Search Warrant*                                    9

38.     In addition to the applications described above, Facebook also provides its subscribers with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook subscriber accesses or uses one of these applications, an update about that the subscriber's access or use of that application may appear on the subscriber's profile page.

39.     Facebook uses the term "Neoprint" to describe an expanded view of a given subscriber's profile.    The "Neoprint" for a given subscriber can include the following information from the subscriber's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook target account identification numbers; groups and networks of which the subscriber is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the subscriber's access and use of Facebook applications.

40.     Facebook also retains Internet Protocol ("IP") logs for a given target account or IP address. These logs may contain information about the actions taken by the target account or IP address on Facebook, including information about the type of action, the date and time of the action, and the target account and IP address associated with the action.  For example, if a subscriber views a Facebook profile, that subscriber's IP log would reflect the fact that the subscriber's viewed the profile, and would show when and from what IP address the subscriber did so.

41.     Social networking providers like Facebook typically retain additional information about their subscribers' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).    In some cases, Facebook subscribers may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

42.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal

*Affidavit for Ellis Facebook*
*Search Warrant*                                    10

conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook subscriber's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

43. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

44. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant

*Affidavit for Ellis Facebook*
*Search Warrant* 11

to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## PROCEDURES FOR ELECTRONICALLY STORED INFORMATION

45.     Federal agents and investigative support personnel are trained and experienced in identifying communications relevant to the crimes under investigation.     The personnel of Facebook are not.  It would be inappropriate and impractical for federal agents to search the vast computer network of Facebook for the relevant accounts and then to analyze the contents of those accounts on the premises of Facebook. The impact on Facebook business would be severe.

46.     Therefore, I request authority to seize all content, including electronic mail and attachments, stored instant messages, stored voice messages, photographs and any other content from the target Facebook accounts, as described in Attachment B.  In order to accomplish the objective of the search warrant with a minimum of interference with the business activities of Facebook, to protect the rights of the subject of the investigation and to effectively pursue this investigation, authority is sought to allow Facebook to make a digital copy of the entire contents of the account subject to seizure. That copy will be provided to me or to any authorized federal agent.  The copy will be forensically imaged and the image will then be analyzed to identify communications and other data subject to seizure pursuant to Attachment B.  Relevant data will be copied to separate media.  The original media will be sealed and maintained to establish authenticity, if necessary.

47.     Analyzing the data to be provided by Facebook may require special technical skills, equipment and software.  It also can be very time-consuming.  Searching by keywords, for example, often yields many thousands of "hits," each of which must be reviewed in its context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process.  Certain file formats do not lend themselves to keyword searches.   Keywords search text.    Many common electronic mail, database and spreadsheet applications, which files may have been attached to electronic mail, do not store data as searchable text.  The data is saved in a proprietary non-text format and, as the volume of

1   storage allotted by service providers increases, the time it takes to properly analyze recovered
2   data increases dramatically.

3       48.    Based on the foregoing, searching the recovered data for the information subject
4   to seizure pursuant to this warrant may require a range of data analysis techniques and may take
5   weeks or even months.  Keywords need to be modified continuously based upon the results
6   obtained. The personnel conducting the examination will complete the analysis within ninety
7   (90) days of receipt of the data from the service provider, absent further application to this court.

8       49.    Based upon my experience and training, and the experience and training of other
9   agents with whom I have communicated, it is necessary to review and seize all electronic mails
10   that identify any users of the target account(s) and any electronic mails sent or received in
11   temporal proximity to incriminating electronic mails that provide context to the incriminating
12   mails.

13       50.    All forensic analysis of the imaged data will employ search protocols directed
14   exclusively to the identification and extraction of data within the scope of this warrant.

16       **PRIOR ATTEMPTS TO OBTAIN DATA**

17       51.    The United States has already viewed the publicly-viewable posts on ELLIS's
18   Facebook account. Those posts which ELLIS has limited to private or only certain groups of
19   friends are of concern.

21       **REQUEST FOR SEALING** — per agent not sealed — CXL
22       52.    Based upon my experience and training, and the experience and training of other
23   agents with whom I have communicated, electronically stored data can be permanently deleted
24   or modified by users possessing basic computer skills. In this case, only if the subject receives
25   advance warning of the execution of this warrant or a pending investigation, will there be a
26   genuine risk of destruction of evidence. Accordingly, there is good cause to seal these documents
27   because their premature disclosure may seriously jeopardize that investigation by providing the
28   targets an opportunity to destroy evidence, change patterns of behavior, or allow flight from
29   prosecution.

30       53.    Based on these risks, I request that the Court order that all papers in support of
31   this application, including the affidavit and search warrant, be sealed until further order of the

*Affidavit for Ellis Facebook*
*Search Warrant*          13

storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically.

48.     Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months.   Keywords need to be modified continuously based upon the results obtained. The personnel conducting the examination will complete the analysis within ninety (90) days of receipt of the data from the service provider, absent further application to this court.

49.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all electronic mails that identify any users of the target account(s) and any electronic mails sent or received in temporal proximity to incriminating electronic mails that provide context to the incriminating mails.

50.     All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

## PRIOR ATTEMPTS TO OBTAIN DATA

51.     The United States has already viewed the publicly-viewable posts on ELLIS's Facebook account. Those posts which ELLIS has limited to private or only certain groups of friends are of concern.

## REQUEST FOR SEALING

52.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills.  In this case, only if the subject receives advance warning of the execution of this warrant or a pending investigation, will there be a genuine risk of destruction of evidence. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation by providing the targets an opportunity to destroy evidence, change patterns of behavior, or allow flight from prosecution.

53.     Based on these risks, I request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the

*Affidavit for Ellis Facebook*
*Search Warrant*                                    13

Court.   These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. In addition, pursuant to Title 18, United States Code, Section 2705(b), I request that the Court order the electronic service provider to whom this warrant is directed not to notify anyone of the existence of this warrant, other than its personnel essential to compliance with the execution of this warrant.

## CONCLUSION

54.     Based on the foregoing, there is probable cause to believe that the items identified in Attachment B have been used in the commission of a crime and constitute evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 115, 922, and 842, and will be found at the premises to be searched as provided in Attachment A. I request that the Court issue the proposed search warrant.

55.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Christopher Baldwin
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this _29th_ day of December 2016.

HON. JAN M. ADLER
United States Magistrate Judge

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the target Facebook account URL: https://www.facebook.com/0503.WppW.0503 [User ID "Curtis Ellis"], identified as "Target Account 1" in the affidavit, that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered at 1601 Willow Road, Menlo Park, California, 94025.

This warrant applies to information associated with the target Facebook account URL: https://www.facebook.com/curtis.ellis.587 [User ID "Curtis Lee Ellis"] , identified as "Target Account 2" in the affidavit,  that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered at 1601 Willow Road, Menlo Park, California, 94025.

**ATTACHMENT B**

**Things to be Seized**

I.     **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each target account listed in Attachment A for the time period of August 1, 2016 to December 27, 2016:

     (a)    All contact and personal identifying information, including full name, target account identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

     (b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

     (c)    All photos and videos uploaded by that target account and all photos and videos uploaded by any user that have that user tagged in them;

     (d)    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook account identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; accepted and rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

     (e)    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

     (f)    All "check ins" and other location information;

     (g)    All IP logs, including all records of the IP addresses that logged into the account;

     (h)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

     (i)    All information about the Facebook pages that the account is or was a "fan" of;

     (j)    All past and present lists of friends created by the account;

     (k)    All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)    The types of service used by the user;

(n)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Sections 115, 922, and 842 involving **Curtis Lee ELLIS**, from August 1, 2016 to December 27, 2016, including, for each Target Account identified on Attachment A, information pertaining to the following matters:

(a)    Evidence concerning the importation, purchase, manufacture, packaging, concealment, transportation, distribution and sale of firearms and/or explosives;

(b)    Evidence concerning attempts to influence, impede or retaliate against a federal official or his/her family;

(c)    Evidence indicating how and when the Target Account was accessed or used to determine dominion and control of each Target Account during the relevant period of time;

(d)    Evidence indicating the Target Account owner's state of mind as it relates to the crimes under investigation;

(e)    The identity of the person(s) who created or used each Target Account, including records that help reveal the whereabouts of such person(s), during the relevant period of time; and

(f)    The identity of any person(s) who communicated with each Target Account --including records that help reveal their whereabouts-- concerning attempts to influence, impede or retaliate against a federal official or his/her family, and/or the importation, purchase, manufacture, packaging, concealment, transportation, distribution and sale of firearms and/or explosives.

# EXHIBIT 2

## Foster, Alexandra (USACAS)

| | |
|---|---|
| **From:** | Baldwin, Christopher <Christopher.Baldwin@ice.dhs.gov> |
| **Sent:** | Tuesday, January 03, 2017 12:26 PM |
| **To:** | Foster, Alexandra (USACAS) |
| **Subject:** | FW: [Facebook Case #973939] |
| **Attachments:** | 0503.pdf |

Avoid filing those if you can. Need a correction.

---

**From:** Records
**Sent:** Tuesday, January 03, 2017 3:11:59 PM
**To:** Baldwin, Christopher
**Subject:** [Facebook Case #973939]

Hello,

We received the attached subpoena on January 3, 2017. It appears your request is dated December 29, 2017. If you wish to pursue this matter, please resubmit your request with a valid date.

Thank you,
Law Enforcement Response Team

---

NOTICE: This email (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. Unless you are the intended recipient, you may not use, copy, or retransmit the email or its contents.

For information please visit: https://www.facebook.com/safety/groups/law/guidelines/
and http://help.instagram.com/494561080557017/